**Neil D. McFeeley, ISB #3564**
**EBERLE, BERLIN, KADING, TURNBOW**
**& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
nmcfeeley@eberle.com

Attorneys for Defendant Target Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **VERONICA J. CRISOSTOMOA (a/k/a VERONICA J. TAYLOR),**<br><br>Plaintiff,<br><br>-vs-<br><br>**TARGET CORPORATION** and JOHN DOES I-III,<br><br>Defendants. | Case No.<br><br>Bannock County Case No. CV17-3540-OC<br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

Defendant Target Corporation, a Minnesota corporation (hereinafter "Defendant"), by and through its attorneys of record, and respectfully alleges as follows:

1. This notice of removal is filed pursuant to 28 U.S.C. §§ 1331, 1446(a) and (b) for the purpose of removing this action from the Sixth Judicial District of the State of Idaho, in and for the County of Bannock.

2. On or about September 21, 2017, Defendant first received notice of this action. A true and correct copy of the entire state court record and the Register of Actions is attached hereto

as **Exhibit A**. This action was brought in the Sixth Judicial District of the State of Idaho, in and for the County of Bannock, styled and captioned exactly as above, and assigned Case No. CV-17-3540-OC. No other pleadings or papers have been filed in this action with the exception of a Notice of Removal to Federal Court, a copy of which is attached as **Exhibit B**.

3. Case No. CV-17-3540-OC is a civil action in which Plaintiff seeks to recover against Defendant for personal injuries sustained while operating an electric scooter.

4. Defendant is informed and believes, and the Complaint states, and Defendant on that basis alleges, that Plaintiff is, and at all relevant times has been, a resident of the State of Idaho.

5. The Defendant Target Corporation is a Minnesota corporation with its principal place of business in Minnesota for the purposes of removal, and pursuant to 28 USC § 1332, the Defendant Target Corporation is not a citizen of the State of Idaho.

6. The matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs in that Plaintiff seeks damages in excess of $100,000, according to her Complaint.

7. Pursuant to 28 USC §1332 and 28 USC §144(a), this state court action may be removed to federal district court, in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and there was at the time this action was filed, and there is now, diversity of citizenship between Plaintiff and Defendant.

8. Pursuant to 28 U.S.C. § 1446(a), (b) and (d), this state court action that was commenced in the Sixth Judicial District of the State of Idaho, in and for the County of Bannock, may be removed to the United States District Court for the District of Idaho.

9. Proper notice will be given this date to Plaintiff herein by and through her counsel of record, and to the clerk of the District Court of the Sixth Judicial District of the State of Idaho, in and for the County of Bannock, which will be filed with the District Court of the Sixth Judicial

District of the State of Idaho, in and for Bannock County. A true and correct copy of the Notice is attached hereto as **Exhibit B** and by this reference incorporated as if set forth in full.

10. As of this date, upon the information and belief of Defendant, one return of service has been filed with the Sixth Judicial District Court, Bannock County, Idaho.

WHEREFORE, Defendant prays that the above-entitled action pending against it in the District Court of the Sixth Judicial District of the State of Idaho, in and for Bannock County, be removed to this Court.

DATED this 10th day of October, 2017.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED

By /s/ Neil D. McFeeley
Neil D. McFeeley, of the firm
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the U.S. District Court on the 10th day of October, 2017. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Robert K. Beck, Esq.<br>Robert K. Beck & Associates, P.C.<br>3456 East 17th Street, Suite 215<br>Idaho Falls, Idaho 83406<br><br>*Attorneys for Plaintiffs* | Email: becklaw@ida.net |

/s/Neil D. McFeeley
Neil D. McFeeley

## Case Number Result Page

**Bannock**

**1 Cases Found.**

**Veronica J. Crisostomoa vs. Target Corporation**

Case: **CV-2017-0003540-OC** **District** Filed: **09/13/2017** Subtype: **Other Claims** Judge: **David C Nye** Status: **Pending**

Defendants: **Target Corporation**
Plaintiffs: **Crisostomoa, Veronica J.**

| Register of actions: | Date | |
|---|---|---|
| | 09/11/2017 | Plaintiff: Crisostomoa, Veronica J. Attorney Retained Robert K Beck |
| | 09/11/2017 | Place Location Of File Here!!!!!update Me |
| | 09/11/2017 | New Case Filed-Other Claims |
| | 09/11/2017 | Complaint Filed |
| | 09/11/2017 | Summons Issued |
| | 09/11/2017 | Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: Robert Beck and Associates Receipt number: 0027941 Dated: 9/13/2017 Amount: $221.00 (Check) For: |
| | 09/14/2017 | Case Information Sheet |

*Connection: Public*



**Neil D. McFeeley, ISB #3564**
**EBERLE, BERLIN, KADING, TURNBOW**
**& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
nmcfeeley@eberle.com

Attorneys for Defendant Target Corporation

**IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE**

**STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK**

| | |
|---|---|
| **VERONICA J. CRISOSTOMOA (a/k/a VERONICA J. TAYLOR),**<br><br>Plaintiff,<br><br>-vs-<br><br>**TARGET CORPORATION** and JOHN DOES I-III,<br><br>Defendants. | Case No. CV17-3540 OC<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

TO: Plaintiff above named and her counsel of record; and to the Clerk of the District Court of the Sixth Judicial District of the State of Idaho, in and for Bannock County:

PLEASE TAKE NOTICE that Defendant Target Corporation filed on the 10th day of October, 2017, a Notice of Removal from State Court of the above-entitled cause from the District Court of the Sixth Judicial District of the State of Idaho, in and for Bannock County, to the United States District Court for the District of Idaho, and said District Court of the Sixth Judicial District of the State of Idaho, in and for Bannock County, shall proceed no further unless the case is remanded.



EXHIBIT
B

A true and correct copy of the Notice of Removal From State Court is attached hereto as **Exhibit A**, and by this reference incorporated herein as if set forth in full.

DATED this 10 day of October, 2017.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED

By Neil D McFeeley

Neil D. McFeeley, of the firm
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney(s) this 10 day of Oct., 2017, as indicated below and addressed as follows:

Robert K. Beck, Esq.
Robert K. Beck & Associates, P.C.
3456 East 17th Street, Suite 215
Idaho Falls, Idaho 83406
*Attorneys for Plaintiff*

[✓] U.S. Mail
[ ] Hand Delivery
[ ] Overnight Mail
[ ] Fax 208-524-2707

Neil D. McFeeley