UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VERONICA J. CRISOSTOMO aka VERONICA J. TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-00422-BLW <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant, and that this case be dismissed in its entirety.

DATED: July 30, 2018

B. Lynn Winmill
Chief U.S. District Court Judge